# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ELIZABETH BRISENO-CHAVEZ )
)
                Plaintiff(s), )
)
vs. )
)
CARDENAS MARKETS, INC. )
)
                Defendant(s). )
)

Case No. 2:17-cv-02705-APG-NJK

ORDER

(Docket No. 18)

Pending before the Court is the parties' stipulation to amend the complaint. Docket No. 18. The Court hereby **GRANTS** the parties' stipulation. The Clerk's Office is **INSTRUCTED** to update the docket to reflect Plaintiff's correct name. Plaintiff's motion to amend the complaint is hereby **DENIED** as moot. Docket No. 17.

IT IS SO ORDERED.

Dated: January 17, 2018

                                                                               _____
                                                                               Nancy J. Koppe
                                                                               United States Magistrate Judge